

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2014

No. 04-14-00680-CV

**IN THE INTEREST OF S.P., ET AL, CHILDREN,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02655
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record, which was due to be filed on October 6, 2014, has not been filed.

On October 20, 2014, this court notified the court reporter responsible for preparing the record, Mr. David Zarate, that the record was late. Because Mr. Zarate did not respond to this court's notice, on October 31, 2014, Mr. Zarate was ordered to file the reporter's record in this appeal no later than November 20, 2014. The order directed the clerk to serve a copy of the order on Mr. Zarate by certified mail, return receipt requested, and the court has received proof of delivery. The order stated that if Mr. Zarate failed to file the record by the stated deadline, an order would be issued directing him to appear and show cause why he should not be held in contempt for failing to file the record. Despite these warnings, Ms. Zarate has failed to file the record.

**WE, THEREFORE, ORDER MR. DAVID ZARATE TO ELECTRONICALLY FILE THE REPORTER'S RECORD IN APPEAL NO. 04-14-00680-CV WITHIN 72 HOURS OF RECEIVING A COPY OF THIS ORDER. IF MR. ZARATE FAILS TO ELECTRONICALLY FILE THE RECORD IN THE ABOVE APPEAL AS ORDERED, CONTEMPT PROCEEDINGS SHALL BE COMMENCED AGAINST HIM. WE ORDER THE CLERK OF THIS COURT TO SERVE A COPY OF THIS ORDER ON MR. ZARATE BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, WITH DELIVRY RESTRICTED TO THE ADDRESSEE ONLY, OR GIVE OTHER PERSONAL NOTICE OF THIS ORDER WITH PROOF OF DELIVERY.**

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve

a copy of this order on the Honorable Charles E. Montemayor, who presided over the parental termination proceeding.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2014.



_____
Keith E. Hottle
Clerk of Court